Robert R. Hager, NV State Bar No. 1482
Treva J. Hearne, NV State Bar No. 4450
**HAGER & HEARNE**
245 E. Liberty - Suite 110
Reno, Nevada 89501
Tel: (775) 329-5811
Fax: (775) 329-5819
Email: rhager@hagerhearnelaw.com
       thearne@hagerhearnelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK STOFFELS and KAREN STOFFELS, <br><br> Plaintiffs <br><br> v. <br><br> GRP FINANCIAL SERVICES CORP., *et al.* <br><br> Defendants. | CASE NO. 3:08-cv-468-ECR-GWF <br><br> **PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY FOR HEARING ON DEFENDANT SIGNATURE GROUP HOLDING'S MOTION TO EXTEND DISCOVERY PLAN** |

COMES NOW, Plaintiffs, by and through their attorneys of record, HAGER & HEARNE, and hereby moves the court to permit Plaintiffs' counsel to attend the hearing scheduled for September 2, 2010 at 3:00 p.m. on Defendant's Motion to Extend Discovery Plan telephonically.

Hager & Hearne's business office is located in Reno, Nevada, and request to attend the hearing by telephone to avoid travel costs.

///

///

///

///

///

///

1

WHEREFORE, the undersigned respectfully requests that counsel for Plaintiffs may appear telephonically for the September 2, 2010 hearing.

DATED this 10th day of August, 2010.

                HAGER & HEARNE

            By: */s/ Robert R. Hager*
                Robert R. Hager, Esq.
                245 E. Liberty Street
                Suite 110
                Reno, NV 89501

                *Attorneys for Plaintiffs*

IT IS SO ORDERED.

DATED: August 11, 2010

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

 Please dial (702) 868-4910, password 123456, 5 minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is **prohibited**. *The call must be made using a land line.*

2