```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA


FRANK STOFFELS and KAREN STOFFELS, )    3:08-CV-00468-ECR-GWF
                                  )
     Plaintiffs,                  )     MINUTES OF THE COURT
                                  )
vs.                               )     DATE: September 23, 2011
                                  )
DLJ MORTGAGE CAPITAL INC.; SELECT )
PORTFOLIO SERVICING, INC.;        )
SIGNATURE GROUP HOLDINGS p/k/a    )
FREMONT REORGANIZING CORP. p/k/a  )
FREMONT INVESTMENT AND LOAN BREA  )
CALIFORNIA; MORTGAGE ELECTRONIC   )
REGISTRATION SYSTEMS, INC; SLM    )
CORPORATION a/k/a SALLIE MAE; and )
DOES I through X,                 )
                                  )
     Defendants.                  )
_____)
```

PRESENT:      EDWARD C. REED, JR.                 U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

   Pursuant to our Order (#24), Defendant Indymac Financial Services was dismissed from this action with prejudice per stipulation of the parties on December 16, 2008.  On March 2, 2011, we granted (#195) Defendants GRP Financial Services Corp. and GRP Loan, LLC's ("GRP") motion to dismiss (#152).  All of Plaintiffs' claims against GRP under our jurisdiction were dismissed.  In that same Order (#195), we granted DLJ Mortgage Capital Inc.'s ("DLJ") and Select Portfolio Servicing, Inc.'s ("SLS") motion (#177) to substitute DLJ in place of GRP Loan, LLC and SLS in place of GRP Financial Services Corp.

**IT IS, THEREFORE, HEREBY ORDERED** that the caption of the action is changed to reflect that the Defendants henceforth are DLJ Mortgage Capital Inc.; Select Portfolio Servicing, Inc.; Signature Group Holdings p/k/a Fremont Reorganizing Corporation p/k/a Fremont Investment and Loan Brea California; Mortgage Electronic Registration Systems, Inc.; SLM Corporation a/k/a Sallie Mae; and Does I through X.

**IT IS FURTHER ORDERED** that our previous Order (#195) is superceded to the extent that it is inconsistent with this Order.

>                               LANCE S. WILSON, CLERK
>                               By _____/s/_____
>                                     Deputy Clerk