```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA


FRANK STOFFELS and KAREN STOFFELS, )   3:08-CV-00468-ECR-GWF
                                   )
     Plaintiffs,                   )   MINUTES OF THE COURT
                                   )
vs.                                )   DATE: September 23, 2011
                                   )
DLJ MORTGAGE CAPITAL INC.; SELECT  )
PORTFOLIO SERVICING, INC.;         )
SIGNATURE GROUP HOLDINGS p/k/a     )
FREMONT REORGANIZING CORP. p/k/a   )
FREMONT INVESTMENT AND LOAN BREA   )
CALIFORNIA; MORTGAGE ELECTRONIC    )
REGISTRATION SYSTEMS, INC; SLM     )
CORPORATION a/k/a SALLIE MAE; and  )
DOES I through X,                  )
                                   )
     Defendants.                   )
_____)
```

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:      NONE APPEARING

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____


MINUTE ORDER IN CHAMBERS

    Pursuant to our Order (#24), Defendant Indymac Financial Services was dismissed from this action with prejudice per stipulation of the parties on December 16, 2008. On March 2, 2011, we granted (#195) Defendants GRP Financial Services Corp. and GRP Loan, LLC's ("GRP") motion to dismiss (#152). All of Plaintiffs' claims against GRP under our jurisdiction were dismissed. In that same Order (#195), we granted DLJ Mortgage Capital Inc.'s ("DLJ") and Select Portfolio Servicing, Inc.'s ("SLS") motion (#177) to substitute DLJ in place of GRP Loan, LLC and SLS in place of GRP Financial Services Corp.

**IT IS, THEREFORE, HEREBY ORDERED** that the caption of the action is changed to reflect that the Defendants henceforth are DLJ Mortgage Capital Inc.; Select Portfolio Servicing, Inc.; Signature Group Holdings p/k/a Fremont Reorganizing Corporation p/k/a Fremont Investment and Loan Brea California; Mortgage Electronic Registration Systems, Inc.; SLM Corporation a/k/a Sallie Mae; and Does I through X.

**IT IS FURTHER ORDERED** that our previous Order (#195) is superceded to the extent that it is inconsistent with this Order.

```
                                    LANCE S. WILSON, CLERK
                                    By        /s/
                                          Deputy Clerk
```