**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK STOFFELS and KAREN STOFFELS, ) | 3:08-CV-00468-ECR-GWF |
| Plaintiffs, ) | **Order** |
| vs. ) | |
| DLJ MORTGAGE CAPITAL INC.; SELECT PORTFOLIO SERVICING, INC.; SIGNATURE GROUP HOLDINGS p/k/a FREMONT REORGANIZING CORP. p/k/a FREMONT INVESTMENT AND LOAN BREA CALIFORNIA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SLM CORPORATION a/k/a SALLIE MAE; and DOES I through X, ) | |
| Defendants. ) | |

On February 29, 2012, we ordered (#232) the parties to file their proposed pretrial orders within fourteen (14) days, alternatively permitting Defendants to dismiss the remaining counterclaim for equitable subrogation which would close the case.

The parties have failed to comply with the order (#232) in any respect. This is the second time they have failed to file their respective proposed pretrial orders.

**IT IS, THEREFORE, HEREBY ORDERED** that the parties shall have seven (7) additional days within which to comply with the order

1  (#232).  If they fail to do so a third time, the action will be
2  dismissed without prejudice.
3
4
5
6  DATED: March 16, 2012.
7
                                    _____
8                                         UNITED STATES DISTRICT JUDGE

                                    2