**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**RENO, NEVADA**

| | |
|---|---|
| FRANK STOFFELS and KAREN STOFFELS,<br><br>Plaintiffs,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC.; SELECT PORTFOLIO SERVICING, INC.; FREMONT INVESTMENT AND LOAN BREA CALIFORNIA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SLM CORPORATION aka SALLIE MAE,<br><br>Defendants.<br><br>DLJ MORTGAGE CAPITAL, INC.; SELECT PORTFOLIO SERVICING, INC.<br><br>Counterclaimants,<br><br>v.<br><br>FRANK STOFFELS and KAREN STOFFELS,<br><br>Counterdefendants. | Case No. 3:08-cv-468-ECR-GWF<br><br>**JUDGMENT** |

On September 30, 2011, this court, entered an Order granting the Motion for Summary Judgment filed by Defendants Signature Group Holdings p/k/a Fremont Reorganizing Corp. p/k/a Fremont Investment and Loan Brea California (Doc # 199), and the Joinder thereto filed by

1  Defendants DLJ Mortgage Capital, Inc. and Select Portfolio Servicing Inc. (Doc # 201). Thereafter,
2  the court dismissed Plaintiffs' claim against SLM Corporation a/k/a Sallie Mae. Thereafter, DLJ
3  Mortgage Capital, Inc. and Select Portfolio Servicing Inc. stipulated with Plaintiffs to dismiss the
4  Counterclaim filed by DLJ Mortgage Capital, Inc. and Select Portfolio Servicing Inc. against
5  Plaintiffs.

6  Therefore, each of the claims for relief asserted in this case have either been adjudicated or
7  dismissed by the parties.

8  **NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that Defendants
9  DLJ Mortgage Capital Inc. and Select Portfolio Servicing, Inc.'s Counterclaim against Plaintiffs is
10  dismissed, without prejudice;

11  **IT IS FURTHER ORDERED AND ADJUDGED** that final Judgment is entered against
12  Plaintiffs and in favor of Defendants as to Plaintiffs' Second Amended Complaint.

14  DATED this 6th day of April 2012.

_____
EDWARD C. REED, JR.
UNITED STATES DISTRICT JUDGE